IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| POOLE HUFFMAN, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) NO. 1:20-CV-00150-JPB |
| v. | ) |
| | ) |
| ARYEH KIEFFER, ADDISON CAPITAL, LLC, ADDISON ADVISORS, LLC, IA DARON VILLAGE, LLC, IA MOUNT VERNON, LLC, IA WEST GATE, LLC, IA ONE INVESTORS, LLC, IA ONE MANAGER, LLC, IA TWO INVESTORS, LLC, and IA TWO MANAGER, LLC, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

_____

**DISMISSAL WITH PREJUDICE**
_____

COMES NOW, POOLE HUFFMAN, LLC, Plaintiff in the above-styled civil action, and pursuant to Fed. R. Civ. P. 41(a)(1)(i) voluntarily dismisses with prejudice its Complaint for Voidable Transfer, Aiding and Abetting Voidable Transfer, and Damages with prejudice against Aryeh Kieffer, Addison Capital, LLC, Addison Advisors, LLC, IA Daron Village, LLC, IA Mount Vernon, LLC,

IA West Gate, LLC, IA One Investors, LLC, IA One Manager, LLC, IA Two Investors, LLC, and IA Two Manager, LLC ("Defendants").

This 25th day of August, 2020.

                                          **POOLE HUFFMAN, LLC**

                                          */s/ Christopher W. Timmons*
                                          Todd J. Poole,
                                          Georgia Bar No. 583755
                                          Christopher W. Timmons,
                                          Georgia Bar No. 712689
                                          *Counsel for Plaintiff*

3562 Habersham at Northlake
Building J, Suite 200
Tucker, Georgia 30084
404-373-4008
todd@poolehuffman.com
timmons@poolehuffman.com

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with the requirements of Local Rule 5.1C (Times New Roman, 14 point) and that I have this day served a true and correct copy of the above and foregoing **Dismissal with Prejudice** upon counsel of record by CM/ECF which will cause a copy to be served electronically upon:

| | |
|---|---|
| Kevin L. Ward, Esq. | Bryan M. Knight, Esq. |
| J. Zachary Zimmerman, Esq. | Scott D. McAlpine, Esq. |
| Megan E. Naioti, Esq. | Knight Palmer, LLC |
| Schulten Ward Turner & Weiss, LLP | 1360 Peachtree Street NE, Suite 1201 |
| 260 Peachtree Street, NW, Suite 2700 | Atlanta, Georgia 30309 |
| Atlanta, Georgia 30303 | 404-228-4822 (Phone) |
| 404-688-6800 | bknight@knightpalmerlaw.com |
| k.ward@swtwlaw.com | smcalpine@knightpalmerlaw.com |
| z.zimmerman@swtwlaw.com | *Counsel for Aryeh Kieffer* |
| m.naioti@swtwlaw.com | |
| *Counsel for IA One Investors, LLC and IA One Manager, LLC* | |

So certified, this 24th day of August, 2020.

                    **POOLE HUFFMAN, LLC**
                    */s/ Christopher W. Timmons*
                    Christopher W. Timmons
                    Georgia Bar No. 712659
                    *Counsel for Plaintiff*

3562 Habersham at Northlake
Building J, Suite 200
Tucker, Georgia 30087
404-373-4008
timmons@poolehuffman.com